UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, | Criminal Action No. 19-179 (SRC) |
| Plaintiff, | |
| | **OPINION & ORDER** |
| v. | |
| JHAMARCUS DRAYTON, | |
| Defendant. | |

**CHESLER, District Judge**

This matter comes before the Court on the *pro se* application of Defendant Jhamarcus Drayton for reconsideration of the sentence imposed by this Court on February 20, 2020. Defendant's letter requests an "alternative solution" to the sentence imposed by this Court, but neither identifies any alternative solution nor offers a legal basis for any modification of the sentence. The application does not meet come within the scope of any of the provisions of Federal Rule of Criminal Procedure 35 for correcting or reducing a sentence. To the extent that the application is construed to seek compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), Defendant must first apply to the Bureau of Prisons and exhaust his administrative remedies. The application is denied.

For these reasons,

**IT IS** on this 29th day of June, 2020,

**ORDERED** that Defendant's motion for reconsideration (Docket Entry No. 34) is **DENIED**.

   s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J

1